UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA

vs.

WILMAR PAZ-PRECIADO,

Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby requests dismissal without prejudice of the Indictment, against the above named defendant only.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc: U.S. Attorney (Andrea G. Hoffman, AUSA)

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 4/24/08

JUDGE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE